# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 17-945** |
| | : | |
| | : | |
| **THEODORE PRICE** | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Kindly remove Kathleen M. Gaughan, Assistant Federal Defender as attorney of record.

                                              Respectfully submitted,


                                              s/Catherine C. Henry
                                              CATHERINE C. HENRY
                                              Senior Litigator
                                              Federal Community Defender Office
                                              Suite 540 West – The Curtis Center
                                              601 Walnut Street
                                              Philadelphia, PA  19106
                                              215-928-1100
                                              Catherine_Henry@fd.org

                                              s/Kathleen M. Gaughan
                                              KATHLEEN M. GAUGHAN
                                              Assistant Federal Defender

# CERTIFICATE OF SERVICE

I, Catherine C. Henry, Senior Litigator, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of Entry and Withdrawal of Appearance on behalf of Defendant, to be filed and served *via* electronically through Eastern District Clerk's Office Electronic Case Filing and/or by hand deliver upon Albert Glenn, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

s/Catherine C. Henry
CATHERINE C. HENRY
Senior Litigator
Federal Community Defender Office
Suite 540 West – The Curtis Center
601 Walnut Street
Philadelphia, PA  19106
215-928-1100
Catherine_Henry@fd.org

DATE: July 18, 2017