AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Theodore Price<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 17-945-M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ __Theodore Price__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant made unauthorized access to protected computers of other persons and did obtain their BitCoin wallets and passwords.

Date: __7-12-2017 @ 2235__

_Issuing officer's signature_

City and state: __Philadelphia, PA__

__DAVID R. STRAWBRIDGE, U.S. Magistrate Judge__
_Printed name and title_
By permission by U.S. Magistrate Judge Strawbridge

### Return

This warrant was received on _(date)_ __7-17-17__, and the person was arrested on _(date)_ __7-13-17__
at _(city and state)_ __PA__.

Date: __7-13-17__

D HS
_Arresting officer's signature_

_Printed name and title_